UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

                          **Notice of Intent To**
                          **File an Information**

- v. -

                          25 Cr. ___

CHRISTOPHER B. FERGUSON

                Defendant.    26 CRIM 031
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:      New York, New York
               December 19, 2025

                               JAY CLAYTON
                               United States Attorney
                               Southern District of New York

              By:    _____
                               MAGGIE LYNAUGH
                               Assistant United States Attorney


                               AGREED AND CONSENTED TO:

              By:    _____
                               BRADLEY J. BONDI
                               PAUL HASTINGS LLP
                               Attorney for Christopher B. Ferguson