UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CHRISTOPHER B. FERGUSON,

Defendant.

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE
JUDGE ON A FELONY PLEA
ALLOCUTION

26 Cr.

**26 CRIM 031**

The undersigned defendant, advised by his or her undersigned attorney, consent to a United States Magistrate Judge presiding over the proceeding required by Rule 11, Fed. R. Crim. P., for me to enter a plea of guilty in my case, or change my plea, if one has been previously made, from not guilty to guilty. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and I hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

IN WITNESS WHEREOF we have executed this consent on:

Date: 1/21/26

Defendant

Attorney for Defendant

Accepted by: _____
United States Magistrate Judge Henry J. Ricardo