**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

United States of America,

Plaintiff,

v.

Christopher Ferguson

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
FILED: 5/5/2026

26 Cr. 31

[PROPOSED] ORDER TO ADMIT SAMUEL DEAU *PRO HAC VICE*

The motion of Samuel M. Deau for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Washington, D.C. bar and that his contact information is:

> Samuel M. Deau
> Paul Hastings LLP
> 2050 M Street NW
> Washington, D.C. 20036
> (202) 551-1882

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Christopher Ferguson in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to appear *pro hac vice* for all purposes on behalf of Christopher Ferguson in the above-captioned action. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5/5/2026

Honorable Colleen McMahon
United States District Judge
Southern District of New York

**Solo Page**